(134 So. 33)

## FULTON v. McQUITER.

1 Div. 931.

Court of Appeals of Alabama.
April 21, 1931.

D. P. Moore, of Mobile, for appellant.

J. G. Bowen, of Mobile, for appellee.

RICE, J.

Judgment in favor of the appellee, in a suit by him against appellant, was rendered in the court below, on June 20, 1929.

Appeal was taken, as indicated by the filing of bond, for that purpose, on January 10, 1930.

Appellee's motion to dismiss the appeal must be, and is, granted, as, indeed, the said appeal would be dismissed in the absence of a motion. Code 1923, § 6127; Burgin v. Sugg, 210 Ala. 142, 97 So. 216.

Appeal dismissed.